FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
ALISON E. CORDOVA (SBN 284942)
acordova@cpmlegal.com
STEWART R. POLLOCK (SBN 301356)
spollock@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | Case No. 13-MD-2497-YGR<br><br>MDL No. 2497<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SOON HEE CHUNG'S MOTION AS NATURAL PARENT AND NEXT FRIEND OF MINOR S.C. FOR APPROVAL OF THE MINOR'S COMPROMISE** |
| THIS DOCUMENT RELATES TO:<br>4:13-cv-03712-YGR<br><br>*Soon Hee Chung, et al., v. Asiana Airlines, Inc., et al.* | |
| | Date:<br>Time:<br>Dept:   Courtroom 5, 2nd Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**[PROPOSED] ORDER GRANTING PLAINTIFF SOON HEE CHUNG'S MOTION AS NATURAL PARENT AND NEXT FRIEND OF MINOR S.C. FOR APPROVAL OF THE MINOR'S COMPROMISE;                4:13-CV-03712-YGR;  MDL No. 2497**

1. Plaintiff Soon Hee Chung, Individually and as the Natural Parent and Next Friend of Minor S.C. (hereinafter "Chung") by and through her counsel, has submitted Plaintiff Chung's Motion as Natural Parent and Next Friend of Minor S.C. for Approval of the Minor's Compromise (hereinafter "Motion") pertaining to a settlement reached with Defendants Asiana Airlines, Inc. and The Boeing Company (hereinafter "Settling Defendants") on behalf of S.C. (hereinafter "Minor").

Upon review of the file and consideration of the materials submitted in support thereof, including the Motion, the Declaration of Frank M. Pitre, the Report of Chung, the Affidavit of Chung, and the opposition and/or non-opposition of any defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

Based on the facts set forth in Plaintiff's Motion, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Chung is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

**IT IS FURTHER ORDERED** that Settling Defendants shall disburse the proceeds of the approved settlement relating to Minor, totaling ▓▓▓▓ in the following manner:

1. By check or draft drawn in the amount of ▓▓▓▓, payable to the order of The Law Offices of Cotchett, Pitre & McCarthy, LLP who are entitled to receive payment of the following items of fees and costs.

2. By check or draft, the balance of the settlement ▓▓▓▓ drawn payable to the order of Soon Hee Chung as trustee of Minor. Such check or draft must bear an endorsement on the face or reverse side of it to the effect that it is for deposit in the amount of ▓▓▓▓ in the name of Soon Hee Chung as trustee of Minor, and is for deposit in an interest-bearing, federally insured account.

3. Within **seventy-two (72) hours** after receiving the check or draft for Minor, Chung shall deposit it in an interest-bearing, federally insured account at ▓▓▓▓ ▓▓▓▓ (hereinafter "Blocked Account"). Chung must deliver a copy of this order to the depository at the time of deposit.

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER GRANTING PLAINTIFF SOON HEE CHUNG'S MOTION AS NATURAL PARENT AND NEXT FRIEND OF MINOR S.C. FOR APPROVAL OF THE MINOR'S COMPROMISE;     4:13-CV-03712-YGR;  MDL No. 2497     1

4. The Blocked Account belongs to Minor. No withdrawals of principal or interest may be made from the Blocked Account without a written order under this case name and number, signed by a judge, and bearing the seal of this Court, until Minor attains the age of 18 years. When Minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to Minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

5. On payment of the sum of ▮▮▮▮▮ to Minor, Settling Defendants shall be fully and forever released and discharged from all claims and demands of Minor arising from the Incident described in the approved Motion.

6. The Court approves Minor's case costs in the amount of **$1,479.38** to be deducted from the gross settlement amount to be received by Minor.

7. The Court approves Minor's attorneys' fees in the amount of ▮▮▮▮▮ to be deducted from the gross settlement amount to be received by Minor.

8. The Court acknowledges that there are no medical liens to be deducted from the gross settlement amount to be received by Minor.

9. The Court approves the dismissal of all claims of Minor against all Settling Defendants, with prejudice. Plaintiff's counsel shall submit dismissal promptly on receipt of the full amount of the settlement sum here approved and when all other due consideration has been received by Plaintiff's counsel

**IT IS SO ORDERED.**

Dated: __January 5, 2016__       By: _/s/ Yvonne Gonzalez Rogers_
                                  HON. YVONNE GONZALEZ ROGERS
                                       United States District Judge

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER GRANTING PLAINTIFF SOON HEE CHUNG'S MOTION AS   2
NATURAL PARENT AND NEXT FRIEND OF MINOR S.C. FOR APPROVAL OF
THE MINOR'S COMPROMISE;        4:13-CV-03712-YGR; MDL No. 2497